**FILED**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

JUN 19 2008

U. S. DISTRICT COURT
E. DISTRICT OF MO.

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) No. | |
| ) | |
| GILBERT SUMMERS, ) 4:08CR00387 HEA | |
| ) | |
| Defendant. ) | |

## INDICTMENT

### COUNT I

The Grand Jury charges that:

On or about December 29, 2007, in the Eastern District of Missouri,

**GILBERT SUMMERS,**

the defendant herein, did maliciously damage and destroy, and attempted to damage and destroy, by means of fire, a building identified as Copia Urban Winery and Market located at 1122 Washington Avenue, St. Louis, Missouri, and real and personal property located therein, said building and property being used in and affecting interstate commerce.

In violation of, and punishable under, Title 18, United States Code, Section 844(i).

### COUNT II

The Grand Jury further charges that:

On or about December 29, 2007, in the Eastern District of Missouri,

**GILBERT SUMMERS,**

the defendant herein, did maliciously damage and destroy, and attempted to damage and destroy, by means of fire, a building identified as Vanguard Loft Apartments located at 1110 Washington

Avenue, St. Louis, Missouri, and real and personal property located therein, said building and property being used in and affecting interstate commerce.

In violation of, and punishable under, Title 18, United States Code, Section 844(i).

A TRUE BILL

_____
FOREPERSON

CATHERINE L. HANAWAY
United States Attorney

_____
MATTHEW T. DRAKE
Assistant United States Attorney - 115986