IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA | ) |
|---|---|
| Plaintiff, | ) |
| vs. | ) No. 4:08 CR 387 HEA |
| Gilbert Summers | ) |
| Defendant. | ) |

## **DEFENDANT'S STATEMENT REGARDING PRE-SENTENCE REPORT**

COMES NOW defendant, Gilbert Summers, by and through counsel, Assistant Federal Public Defender Nanci H. McCarthy, and states that she accepts and has no objection to the Pre-Sentence Report.

Respectfully submitted,

/s/Nanci H. McCarthy
NANCI H. MCCARTHY
Assistant Federal Public Defender
1010 Market Street, Suite 200
St. Louis, Missouri 63101
Telephone: (314) 241-1255
Fax: (314) 421-3177
E-mail: Nanci_McCarthy@fd.org
ATTORNEY FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 28th, 2009, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Matthew Drake, Assistant United States Attorney.

I hereby certify that on April 28th, 2009, the foregoing was hand delivered to the

following non-participants in the Electronic Case Filing: Leslie Berry, United States Probation Office, 111 South 10th Street, 2nd Floor, St. Louis Missouri.

/s/Nanci H. McCarthy
NANCI H. MCCARTHY
Assistant Federal Public Defender